# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON 3/11/2025
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:25-CR-13-1FL |
| | ) | |
| MATEEN MOHAMMAD ALINAGHIAN | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: **March 11 2025**

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Was J. Camden
_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

Robert B. Jones, Jr., U.S. Magistrate Judge
_____
*Judge's printed name and title*