IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-00013-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **GOVERNMENT'S SECOND** |
| v. | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE SENTENCING** |
| MATEEN ALINAGHIAN | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, respectfully moves the Court to continue the sentencing in the above-captioned case to the August 18, 2025 term of court. In support of this motion, the Government shows the following:

1. On March 11, 2025, the defendant pled guilty to a one-count Criminal Information, which charged the defendant with trafficking in counterfeit goods, in violation of 18 U.S.C. § 2320.

2. The Court initially set the defendant's sentencing for the June 3, 2025 term of court in New Bern.

3. On May 8, 2025, the Government filed an unopposed motion to continue sentencing for sixty days, based on the need to allow potential victims in this case adequate time to be contacted regarding any claims of restitution. The Court granted the motion and reset sentencing for the August 5, 2025 term of court.

4. The Court has now set a sentencing date of August 8, 2025 at 9:30 am in New Bern.

5. Undersigned counsel has an unavoidable conflict during the Court's

1

August 5-8, 2025 criminal term and will be unable to attend the sentencing on August 8, 2025. The undersigned informed counsel for the defendant, Wes J. Camden, about the scheduling conflict. Given the unique nature of the charges, and the open issue of restitution in this case, the Government request a brief continuance to the August 18, 2025 term of court to avoid the need for substitute counsel to attend the sentencing for the Government. Defense counsel consents to this continuance.

6. This motion is made in good faith and not for the purposes of delay. The ends of justice served by continuing the sentencing hearing outweigh the interests of the public and the defendant in a speedy trial.

Accordingly, the United States requests this Court to continue the sentencing in this matter until the August 18, 2025 term of court, or such other later date as the Court might deem appropriate.

Respectfully submitted, this 17th day of July 2025.

DANIEL P. BUBAR
Acting United States Attorney

BY:  /s/ *Karen K. Haughton*
KAREN K. HAUGHTON
150 Fayetteville Street, Ste. 2100
Raleigh, NC 27601
Telephone: (919) 856-4808
Email: karen.haughton@usdoj.gov
NY Bar No. 5525589

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have on this 17th day of July 2025, served a copy of the foregoing motion upon counsel for the defendant in this action by electronically filing the same with the Clerk of Court via the CM/ECF system, which will send notification of such filing to:

**Wes J. Camden**
Attorney for the defendant

BY:     /s/ *Karen K. Haughton*
KAREN K. HAUGHTON
150 Fayetteville Street, Ste. 2100
Raleigh, NC 27601
Telephone: (919) 856-4808
Email: karen.haughton@usdoj.gov
NY Bar No. 5525589

3